David Atlas (DA 0317)
**HERNSTADT ATLAS LLP**
11 Broadway, Suite 615
New York, New York 10004
Phone: (212) 809-2502
Fax: (212) 214-0307

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIFETIME ENTERTAINMENT SERVICES,    :    09 Civ. 4067 (SAS)
                                    :
          Plaintiff,                :    ECF Case
                                    :
     v.                             :    ORDER PERMITTING
                                    :    WITHDRAWAL OF
LIFETIME MEDIA, INC.                :    COUNSEL
                                    :
          Defendant.                :
------------------------------------------------------------X

Whereby Hernstadt Atlas LLP, counsel for defendant LifeTime Media, Inc., having sought an order to be relieved as counsel for defendant in this matter; and the Court having reviewed and considered the arguments of counsel for permitting it to withdraw from this action; and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Hernstadt Atlas LLP is hereby relieved as counsel for defendant LifeTime Media, Inc.

Dated:    June _17_, 2009

_____
Hon. Shira A. Scheindlin, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/09